IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-CR-40052-JPG |
| | ) | |
| DUSTIN J. MACRI, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF FACTS

Comes now the United States of America, by and through its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and George A. Norwood, Assistant United States Attorney, together with the defendant, DUSTIN J. MACRI, and his counsel of record, Teneil Kellerman, and herewith enter into the following stipulation of facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

### Count 1

From on or about July 2020, until on or about June 2021, in Jackson, Williamson, and Alexander Counties, within the Southern District of Illinois, the Defendant and others agreed to commit a crime - the distribution of methamphetamine.

During the course of the conspiracy, the Defendant was obtaining dealer amounts of methamphetamine from co-conspirator Cameron Robinson and then redistributing the methamphetamine. Robinson would "front" (provided on consignment) methamphetamine to the defendant.

The Defendant advised Robinson that he knew Lester Taylor and that Taylor was

trustworthy. In several trips to Cairo, Illinois, to meet Robinson in order to obtain methamphetamine, the defendant and Taylor traveled together. After the first few trips co-defendant Gregory Smith started riding with them to get methamphetamine from Robinson.

After Taylor was arrested, the defendant would front methamphetamine to Taylor because Taylor could no longer obtain methamphetamine from Robinson.

**Count 4**

On April 15, 2021, in Williamson County, Illinois, the Defendant distributed approximately 54.8 grams of actual methamphetamine to a confidential source (CS) working for law enforcement for $400. The Defendant sold one ounce of methamphetamine to the CS and fronted (provided on credit) a second ounce of methamphetamine to the CS. The Defendant distributed the methamphetamine knowingly and intentionally. The transaction was both audio and video recorded. The Defendant knew the substance he distributed on that date was a controlled substance. A DEA laboratory forensic chemist would testify that the amount involved was 56.0 grams of Methamphetamine Hydrochloride with a purity of 98% (resulting in 54.8 grams of actual methamphetamine).

**Count 5**

On July 20, 2022, in Williamson County, Illinois, the Defendant distributed approximately 3.9 grams of actual methamphetamine to a confidential source working for law enforcement for $60. The Defendant distributed the methamphetamine knowingly and intentionally. The

transaction was both audio and video recorded. The Defendant knew the substance he distributed on that date was a controlled substance. A DEA laboratory forensic chemist would testify that the amount involved was 3.9 grams of Methamphetamine Hydrochloride with a purity of 100% (resulting in 3.9 grams of actual methamphetamine).

Williamson, Jackson, and Alexander Counties are within the Southern District of Illinois.

This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not an exhaustive account of the Defendant's involvement in this criminal activity.

_____  
DUSTIN J. MACRI  
Defendant  

_____  
Teneil Kellerman  
Attorney for Defendant  

Date: 5/23/23

RACHELLE AUD CROWE  
United States Attorney  

_____  
George Norwood  
Assistant United States Attorney  

Date: 5/23/23