IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21 CR 40052 JPG |
| ) | |
| DUSTIN MACRI, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

COMES NOW Defendant, by and through counsel and hereby requests the Court to enter a total sentence of One Hundred Twenty (120) months in the Bureau of Prisons. In support of this request, Defendant states the following:

As the Court is aware, Defendant's position based on objections to the Pre-Sentence Investigation Report is that the applicable guidelines in this case should be 87 – 108 months. The statutory mandatory minimum in this case requires a sentence of 120 months. Defendant has **_never_** had a prior prison sentence. His prior convictions all began with probation/supervision and the longest period of incarceration he received in any revocation was 30 days in jail. A sentence of 120 months for a first-time prison sentence on a non-violent offense will certainly serve the sentencing goals of 18 USC 1335. Defendant is also requesting that the sentence be imposed to run concurrently with any sentences to be imposed in 20-CF-354, 21-CF-302 and 21-CF-305 pursuant to Section 5G1.3(c) of the Sentencing Guidelines.

Defendant is also requesting that the Court make judicial recommendations for his participation in RDAP and for placement as near to Southern Illinois as is consistent with the policies of the Bureau of Prisons. Defendant's struggle with controlled substances has been

longstanding and his only treatment to date was a "detox" for three days in 2021. The Residential Drug Abuse Program (RDAP) would offer both Defendant and society the benefits of giving him the best tools to start his post-prison life drug free and remain that way.

Respectfully submitted,

*/s/ Teneil Kellerman*
Teneil Kellerman, #52971MO
GROWE EISEN KARLEN EILERTS
120 S. Central Ave., Ste 150
St. Louis, MO 63105
314-725-1912/ fax 314-261-7326
teneil@groweeisen.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of September, 2023, the foregoing was electronically filed with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all parties.

*/s/ Teneil Kellerman*
