## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CRIMINAL NO.   21-CR-40052-JPG |
| | ) |
| DUSTIN J. MACRI, | ) |
| | ) |
| Defendant. | ) |

### GOVERNMENT'S MOTION TO CONTINUE THE SENTENCING HEARING

Now Comes the United States of America, by and through its attorneys, Rachelle Aud Crowe, United States Attorney, and George A. Norwood, Assistant United States Attorney, and respectfully submits its Motion to Continue the Sentencing Hearing.

The Court has set this matter for a sentencing hearing on September 19, 2023.

The defendant has filed an objection to the Presentence Investigation Report regarding relevant conduct. The defense objection will necessitate a sentencing hearing in which the government will need to call witnesses, including witnesses who may be in custody.

The government requests a continuance of approximately fourteen (14) days to allow the government to prepare witnesses for the sentencing hearing.

The defendant is in custody and has a 120 month mandatory minimum sentence. The defendant will suffer no prejudice from a brief continuance of his sentencing hearing.

Wherefore, the government requests that the Court grant this Motion to Continue the Sentencing Hearing Date and reschedule the hearing in approximately fourteen (14) days.

Respectfully submitted,

RACHELLE AUD CROWE
United States Attorney


*s/ George A. Norwood*
GEORGE A. NORWOOD
Assistant United States Attorney
402 West Main, Suite 2A
Benton, Illinois 62912
(618) 439-3808
E-mail: george.norwood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I electronically filed

### GOVERNMENT'S MOTION TO CONTINUE THE SENTENCING HEARING

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Counsel of Record

                                                         Respectfully submitted,

                                                         *s/ George A. Norwood*
                                                         GEORGE A. NORWOOD